UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>99 CENTS ONLY STORES LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants, | Case: 2:14-CV-09367-JEM<br><br>**ORDER** |

## **ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

*/s/ John E. McDermott*

Dated: March 19, 2015  _____
　　　　　　　　　　　　　HONORABLE JOHN E. MCDERMOTT
　　　　　　　　　　　　　UNITED STATES MAGISTRATE COURT JUDGE

1

ORDER　　　　Case: 2:14-CV-09367-JEM